# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

Nashville Division

| | |
|---|---|
| Stevonte' Dion McGee ) | Case No. _____ |
| ) | *(to be filled in by the Clerk's Office)* |
| ) | |
| *Plaintiff(s)* ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* ) | Jury Trial: *(check one)* ☐ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* ) | |
| *please write "see attached" in the space and attach an additional* ) | |
| *page with the full list of names.)* ) | |
| -v- ) | |
| ) | |
| Judge Dee Gay ) | |
| James Bachman ) | |
| Mike Anderson  See attached ) | |
| ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the* ) | |
| *names of all the defendants cannot fit in the space above, please* ) | |
| *write "see attached" in the space and attach an additional page* ) | |
| *with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Stevonte' Dion McGee |
| Street Address | 4411 Tennessee Ave |
| City and County | Nashville Davidson |
| State and Zip Code | Tennessee 37209 |
| Telephone Number | (615)403-2704 |
| E-mail Address | realjew.12@gmail.com |

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
   Name: Dee Gay
   Job or Title (if known): Judge
   Street Address: 117 West Smith
   City and County: Gallatin Sumner
   State and Zip Code: Tennessee 37066
   Telephone Number: (615)452-5526
   E-mail Address (if known):

Defendant No. 2
   Name: James Bachman
   Job or Title (if known): Detective
   Street Address: 130 W Franklin St
   City and County: Gallatin Sumner
   State and Zip Code: Tennessee 37066
   Telephone Number: (615)264-5303
   E-mail Address (if known):

Defendant No. 3
   Name: Thomas Dean
   Job or Title (if known): Lawyer
   Street Address: 113 W Main St
   City and County: Gallatin Sumner
   State and Zip Code: Tennessee 37066
   Telephone Number: (615)451-5810
   E-mail Address (if known):

Defendant No. 4
   Name: Mike Anderson
   Job or Title (if known): Public Defender
   Street Address: 117 W Main St
   City and County: Gallatin Sumner
   State and Zip Code: Tennessee 37066
   Telephone Number: (615)451-5833
   E-mail Address (if known):

Bruce Henley

117 W Main St

Gallatin Sumner

Tennessee 37066
(615)451-5833


15+ Detectives

130 W Franklin St

Gallatin Sumner

Tennessee 37066
(615)452-1313

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Injustice
Fraud, Tampering with Evidence
Trickery Manipulation of Rights
Breach of Contract
Violation of Fiduciary Oath

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Stevonte' Dion McGee, is a citizen of the State of *(name)* Tennessee.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Judge Dee Gay, is a citizen of the State of *(name)* Tennessee. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Everyone mention in this case is involved.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Judge Dee Gay- Violation Fiduciary Oath
2. Detective James Bachman- Tampering with Evidence
3. Thomas Dean- Possible Tampering with Evidence
4. Mike Anderson- Breach of Contract
5. 15+ Detectives- Tampering with Evidence
6. Bruce Henley- Trickery, Manipulation of Rights

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Not being able to have a fair hearing. Whether its preliminary or trial, i have asked for both.
Civil Wrong
$75,000 +

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/27/2021

Signature of Plaintiff: Stevonte' Dion McGee

Printed Name of Plaintiff: Stevonte' Dion McGee

[Notary seal: STATE OF TENNESSEE NOTARY PUBLIC — SUMNER COUNTY]

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____